UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAURUS DARNELL GREGORY                              CIVIL ACTION

VERSUS                                              NO. 04-2618

WARDEN JAMES D. MILLER, JR., ET AL                  SECTION: "C"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice as frivolous under 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 9th day of March, 2007.

UNITED STATES DISTRICT JUDGE